# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| JET MIDWEST INTERNATIONAL CO., LTD., | ) ) ) | |
| Plaintiff/Judgment Creditor, | ) ) | |
| v. | ) ) | Case No. 17-mc-0224-JAR |
| JET MIDWEST GROUP, LLC, | ) ) | |
| Defendant/Judgment Debtor, | ) ) | |

## ORDER TO SHOW CAUSE

This case arises from a civil judgment in the Western District of Missouri, wherein Jet Midwest International Co., Ltd. (plaintiff/judgment creditor) was awarded money damages against Jet Midwest Group, LLC (defendant/judgment debtor) for breach of contract.[1] On December 19, 2017, the clerk for the Western District of Missouri filed a certification of judgment to be registered in another district, initiating the instant case pending in the District of Kansas.[2] Plaintiff/judgment creditor seeks to garnish bank accounts maintained in Kansas by defendant/judgment debtor. However, since the bankruptcy stay was lifted in this case on June 1, 2018, no applications for writ of

---

[1] ECF No. 1-1. *See Jet Midwest Int'l Co., Ltd. v. Jet Midwest Group, LLC.*, No. 17-6005-CV-SJ (W. D. Mo. 2017).

[2] ECF No. 1.

O:\Show Cause Orders\17-224-JAR OTSC admin close.docx

garnishment have been filed, nor have other collection efforts been reported in plaintiff/judgment creditor's 60-day status reports. [3]

Therefore, by **April 10, 2020**, plaintiff/judgment creditor must show cause in writing to the presiding U.S. District Judge, Julie A. Robinson, why this case should not be administratively closed (with the ability of plaintiff/judgment creditor to file a motion to reopen the case should it later learn of a potential avenue to pursue collection of the judgment).

IT IS SO ORDERED.

Dated March 25, 2020, at Kansas City, Kansas.

s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge

---

[3] *See* ECF Nos. 21-24.